**United States District Court**
**EASTERN DISTRICT OF NEW YORK**

Page 1 of 2

UNITED STATES OF AMERICA

CONDITIONS OF RELEASE AND BOND

V.

Camille Solomon - Eaton
_____
Defendant

Case No.: 12-304 m

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or  $150,000
[ ] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: _EDNY / NYC_

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____
[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _4/4_ and shall not apply for any other passport.
[ ] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
   [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
   [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____
   [✓] is subject to home detention with electronic monitoring with the following conditions: _for 2 weeks w/ grandmother_

[✓] must undergo [ ] random drug testing [✓] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [✓] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[X] 6. Other Conditions: _Deft to reside w/ Grandmother for 2 wks + report back to the Court as to status_

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ _150,000_. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ _____;
[ ] premises located at: _____ owned by _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____

[ ] Other Conditions: _____

_____ Address: X 109-19 132 st Richmond H.ll N.Y. 11420
_____ Address: X 527 MacDonough Street Bklyn NY 11233
_____ Surety E. Solomon
                    Address: _____
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

4/3, 20 12

_____
Signature of Defendant

Courtroom Deputy      Pink - Pretrial Services      Goldenrod - Defendant

Based on the risks noted and the immediate safety concerns the defendant poses to herself, Pretrial Services recommends the defendant be detained. We believe that the defendant could be released on a moderate bond, cosigned by her mother, with a combination of intensive supervision conditions including:

1) Report to Pretrial Services as directed.
2) Travel restricted to New York City and Long Island.
3) Surrender of passport and do not apply for any passport.
4) Have no contact with her daughter unless specifically ordered by a court, child welfare, or other official agency.
5) Must avoid areas primarily frequented by children under the age of 18, such as school yards, parks, playgrounds, and/or arcades.
6) Submit to mental health evaluation and/or treatment specific to the offense charged, as directed by Pretrial Services.
7) ~~Pay the cost of said assessment and/or treatment as deemed appropriate by Pretrial Services.~~ CP
8) Computer and/or Internet use to be limited to education and/or employment purpose only.
9) Random home and employment contacts by Pretrial Services.
10) Pretrial Services may inspect any computer or devices with Internet access belonging to the defendant or occupants of the residence, and install computer monitoring software as deemed appropriate.
11) ~~Pay the cost of any monitoring software installed by Pretrial Services.~~ CP

Page3

PS3 (12/05)

Camille Elyse Solomon-Eaton/Unassigned

12) Subject to location monitoring, and will remain at her residence at all times except for the following reasons, all with the prior approval of Pretrial Services: attorney meetings; court appearances; court-ordered obligations; and medical treatment (if ordered by the Court). ~~The defendant shall pay all or part of the cost of this program based upon ability to pay as determined by Pretrial Services Agency.~~ CP
13) Defendant is prohibited from possessing a firearm, destructive device or other dangerous weapon.
14) Be placed under the third-party custodianship of her mother *and father*.
15) No association or verbal, written, telephonic, or electronic communication with any individual under the age of 18 except in the presence of another adult who is the parent of legal guardian of the minor.