F#2012R00570

INFORMATION CR 12 - 352

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ MAY 18 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: United States v. Camille Solomon-Eaton

2. Related Magistrate Docket Number(s): M-12-0304  POHORELSKY, M.J.

3. Arrest Date: 3/26/12

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

   MATSUMOTO, J.

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None.

6. Projected Length of Trial:  Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: __Kings__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

10. Capital count included?  ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/ Nadia I. Shihata
Nadia I. Shihata
Assistant U.S. Attorney
718-254-6295

Rev. 3/22/01