# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

June 26, 2012

**By ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States v. Camille Solomon-Eaton, 12-CR-352 (KAM)**

Your Honor:

    At Ms. Solomon-Eaton's arraignment on May 29, 2012, we asked the Court to modify Ms. Solomon-Eaton's bond to the extent of allowing her to leave the house to perform errands for her grandmother with advance permission from Pretrial Services, and to allow Pretrial to modify the schedule in its discretion without seeking the Court's approval each time. As we advised the Court, Pretrial Services and the government have no objection to the requested modification.

    The Court granted our request but directed me to file a letter on ECF for the Court's approval, stating whether Ms. Solomon-Eaton's pretrial services officer has any objection and "setting forth the details of Ms. Solomon-Eaton's modification request."

    Ms. Solomon-Eaton's pretrial services officer, Melissa Roman, has confirmed that she has no objection to the proposed bond modification. The schedule she has currently worked out with Ms. Solomon-Eaton will allow her to leave the house to do errands on Thursdays from 10 a.m. to 11 a.m. and on Fridays from 10 a.m. to 11:30 a.m. We request, however, that Ms. Roman be given the flexibility to modify this schedule at her discretion without first seeking Court approval. Ms. Solomon-Eaton has various appointments that come up not only for court but with family court, social services, housing, and mental health providers, which may require occasion adjustments of her schedule to perform these errands.

I thank the Court for its consideration.

Respectfully Submitted,

Kannan Sundaram
Attorney for Camille Solomon-Eaton
(718) 330-1203

cc:   Nadia Shihata
      Assistant U.S. Attorney

      Melissa A. Roman
      Mental Health Treatment Specialist
      U.S. Pretrial Services